# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

127453

IN RE:

HON. MICHAEL J. HALEY,
Judge, 86th District Court

BEFORE THE JUDICIAL
TENURE COMMISSION

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

This cause having been brought to this Court by recommendation of the Judicial Tenure Commission and having been argued by counsel and due deliberation having been had thereon by the Court, IT IS ORDERED, in conformity with the opinion of the Court, that Hon. Michael J. Haley, Judge of the 86th District Court, be and is hereby PUBLICLY CENSURED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk